UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff | ) | 1:05-CR-114   OWW |
| | ) | |
| v. | ) | |
| | ) | ORDER OF DISMISSAL |
| RAYMOND SLATON, | ) | |
| | ) | |
| Defendant | ) | |
| _____ | ) | |

Upon motion of the United States, the Indictment in this matter is ordered dismissed.

Dated:11/23/05

                                            /s/Oliver W. Wanger
                                        OLIVER W. WANGER
                                        United States District Judge